# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSHUA ROBERT POTTLE,        :   No. 41 WM 2019

           Petitioner       :

           v.              :

COURT OF COMMON PLEAS OF      :
WESTMORELAND COUNTY,         :

           Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2019, the Petition for Writ of Mandamus, the Application for Immediate Hearing, and the Application for Leave to File Original Process are DISMISSED. The Prothonotary is DIRECTED to forward all filings to counsel of record.